# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

FILED

NOV 30 2016

CLERK, U.S. DISTRICT COURT
NORFOLK. VA

| United States of America | ) | |
| v. | ) | **UNDER SEAL** |
| | ) | |
| **JOSHUA MANUEL TREAT** | ) | Case No. 2:16mj 477 |
| *Defendant* | ) | |

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From in or about September 2016 through on or about October 12, 2016 in the Eastern District of Virginia and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
| --- | --- |
| Count One: 18 U.S.C. § 1591(a) | To knowingly (1)in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act |
| Count Two: 18 U.S.C. § 2251(a) | To employ, use, persuade, induce, entice, and coerce minors to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported in interstate and foreign commerce. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

*Complainant's signature*

James A. Faulkner, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 30, 2016

*Judge's signature*

**ROBERT J. KRASK**
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Norfolk, VA